**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CLARENCE WAYNE PYLE,** | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **vs.** | **§** | **Civil Action No. 4:15-cv-00930** |
| | **§** | |
| **METROPOLITAN LLOYDS** | **§** | |
| **INSURANCE COMPANY OF** | **§** | |
| **TEXAS,** | **§** | |
| **Defendant.** | | |

**APPENDIX TO DEFENDANT METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT**

TO THE HONORABLE COURT:

COMES NOW, Defendant Metropolitan Lloyds Insurance Company of Texas and files this *Appendix to its Motion for Summary Judgment and Brief in Support*.

Respectfully submitted,

/s/ Daniel P. Buechler

Daniel P. Buechler
State Bar No. 24047756
THOMPSON, COE, COUSINS, & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Fax: (214) 871-8209
Email: dbuechler@thompsonsoce.com
**ATTORNEY FOR DEFENDANT METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS**

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of April, 2016, a copy of the foregoing was sent via electronic notice and/or certified mail, return receipt requested to Plaintiff as follows:

Richard D. Daly
rdaly@dalyblack.com
James Willis
jwillis@dalyblack.com
Daly & Black, P.C.
2211 Norfolk St., Suite 800
Houston, TX 77098

/s/ Daniel P. Buechler
Daniel P. Buechler

# INDEX TO APPENDIX


| Description of Document | Pages |
|---|---|
| Exhibit A – Affidavit of Ann Lender | 1 - 2 |
| Exhibit B – Policy | 3 - 64 |
| Exhibit C –Letter to Clarence and Evelyn Pyle dated November 11, 2014 | 65 - 66 |
| Exhibit D – Photos and estimate from independent adjuster Matthew Chisholm | 67 - 96 |
| Exhibit E – Letter to Clarence and Evelyn Pyle dated November 18, 2014 | 97 |
| Exhibit F – Letter to Clarence and Evelyn Pyle dated January 28, 2015 | 98 - 99 |
| Exhibit G – Report from Tim Johnson of Rimkus Engineering dated January 27, 2015 | 101 - 128 |
| Exhibit H – Oral deposition of Clarence Wayne Pyle taken February 17, 2016 | 129 - 177 |
| Exhibit I – Oral deposition of Robert L. Kitto taken March 22, 2016 | 178 – 273 |
| Exhibit J – Records from Nationwide Insurance | 274 – 329 |
| Exhibit K – Records from Fair Claim Roofing & Construction | 330 – 349 |
| Exhibit L – Plaintiff's Expert Disclosures & Report | 350 – 412 |
| Exhibit M – Plaintiff's 1st Supplemental Expert Disclosures & Report | 413 – 512 |