IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE WAYNE PYLE,<br>　　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. 4:15-cv-00930 |
| METROPOLITAN LLOYDS<br>INSURANCE COMPANY OF<br>TEXAS,<br>　　　Defendant. | §<br>§<br>§<br>§ | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, Clarence Wayne Pyle, and Defendant Metropolitan Lloyds Insurance Company of Texas, file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

I.

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally settled. Plaintiff no longer desires to prosecute this suit against Defendant Metropolitan Lloyds Insurance Company of Texas.

II.

Plaintiff and Defendant move this Court to dismiss this case with prejudice, as to defendant, with all costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their Agreed Order of Dismissal With Prejudice.

Respectfully submitted,

Richard D. Daly
Southern District No. 20706
State Bar No. 00796429
James Willis
State Bar No. 24088654
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
Email: rdaly@dalyblack.com
Email: jwillis@dalyblack.com
**COUNSEL FOR PLAINTIFF**

/s/Daniel P. Buechler
Daniel P. Buechler
Southern District No. 611489
State Bar No. 24047756
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: dbuechler@thompsoncoe.com
**COUNSEL FOR DEFENDANT**
**METROPOLITAN LLOYDS INSURANCE**
**COMPANY OF TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2016, the foregoing motion was served by certified mail, return receipt requested upon the following counsel of record for Plaintiffs:

Richard D. Daly
James Willis
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Email: rdaly@dalyblack.com
**COUNSEL FOR PLAINTIFF**

/s/Daniel P. Buechler
Daniel P. Buechler