Case 4:15-cv-00930   Document 32   Filed in TXSD on 05/16/16   Page 1 of 2
Case 4:15-cv-00930   Document 31-1   Filed in TXSD on 05/13/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLARENCE WAYNE PYLE,<br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LLOYDS<br>INSURANCE COMPANY OF<br>TEXAS,<br>Defendant. | Civil Action No. 4:15-cv-00930 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came to be considered the Agreed Motion for Dismissal with Prejudice of Plaintiff, Clarence Wayne Pyle, and Defendant Metropolitan Lloyds Insurance Company of Texas. The Court, having reviewed the pleadings in this matter, and being advised that the parties have reached a compromise agreement in settlement of this dispute, is of the opinion and finds that the Agreed Motion for Dismissal with Prejudice is well taken and should be **GRANTED**.

IT IS THEREFORE ORDERED that the present action is dismissed with prejudice to refiling of the same. All costs are to be taxed against the party incurring same.

SIGNED this 16th day of May, 2016.

_____
U. S. DISTRICT JUDGE

**AGREED:**

/s/Daniel P. Buechler
Daniel P. Buechler
Southern District No. 611489
State Bar No. 24047756
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th
Dallas, Texas 75201-2832
Telephone:   (214) 871-8200
Facsimile:   (214) 871-8209
Email: dbuechler@thompsoncoe.com
**COUNSEL FOR DEFENDANT METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS**

Richard D. Daly
Southern District No. 20706
State Bar No. 00796429
James Willis
State Bar No. 24088654
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: (713) 655-1405
Facsimile: (713) 655-1587
Email: rdaly@dalyblack.com
Email: jwillis@dalyblack.com
**COUNSEL FOR PLAINTIFF**